UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEVIN PAVITHRAN,

    Plaintiff,

v.

ENDPOINT CLINICAL, INC.,

    Defendant.

Case No. 19-cv-08131-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, November 16, 2020 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | October 1, 2020 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | with Court approval for good cause by Motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | October 16, 2020 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: October 30, 2020<br>Rebuttal: November 13, 2020 |
| EXPERT DISCOVERY CUTOFF: | December 11, 2020 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE FILED BY: | January 12, 2021 |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, March 19, 2021 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | March 26, 2021 |
| PRETRIAL CONFERENCE: | Friday, April 9, 2021 at 9:00 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| Trial Date:: | Monday, April 26, 2021 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, March 19, 2021 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

As set forth above, the parties are REFERRED to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by April 10, 2021 by filing a JOINT Notice. A compliance hearing regarding shall be held on Friday, April 17, 2021 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1. By April 10, 2021, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: April 8, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge