UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NEVIN PAVITHRAN**,<br><br>Plaintiff,<br><br>v.<br><br>**ENDPOINT CLINICAL, INC.**,<br><br>Defendant. | Case No. 19-cv-08131-YGR<br><br>**ORDER TO SHOW CAUSE RE: MONETARY SANCTIONS FOR FAILURE TO RESPOND TO COMPLIANCE DEADLINE; VACATING COMPLIANCE DEADLINE**<br><br>Re: Dkt. No. 58 |

**TO THE PLAINTIFF NEVIN PAVITHRAN, DEFENDANT ENDPOINT CLINICAL, INC., AND THEIR COUNSEL OF RECORD**:

You are **HEREBY ORDERED TO SHOW CAUSE** why each party should not be sanctioned in the amount of $200 for failure to comply with this Court's Case Management and Pretrial Order setting a compliance deadline. (Dkt. No. 58.)

A hearing on this Order to Show Cause will be held on **Friday, January 28, 2022**, on the Court's 9:01 a.m. Calendar via Zoom. By no later than **Tuesday, January 25, 2022**, the parties must file a single joint written response to this Order to Show Cause.

If the Court is satisfied with the parties' response, the hearing may be taken off calendar and the parties need not appear. Otherwise, lead trial counsel must appear at the hearing via Zoom. Failure to file a joint statement, written response, or to appear via Zoom will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The compliance hearing currently set for Friday, January 21, 2022 is **VACATED**.

**IT IS SO ORDERED.**

Dated: January 21, 2022

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE**