UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**NEVIN PAVITHRAN**,

        Plaintiff,

   v.

**ENDPOINT CLINICAL, INC.**,

        Defendant.

Case No. 4:19-cv-8131-YGR

**CONDITIONAL ORDER OF DISMISSAL**

    The parties to this action, as demonstrated by Docket Number 102, have agreed to settlement. Based thereon, the matter is **DISMISSED WITH PREJUDICE** and any hearings, trials, and deadlines in this matter are **VACATED**.

    It is further ordered that if any party certifies to the Court, with proper notice to all other parties, within sixty (60) days from the date of this Order, that the case should be reopened, this Order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: September 29, 2022

                                          **YVONNE GONZALEZ ROGERS**
                              **UNITED STATES DISTRICT COURT JUDGE**